NUMBER 13-01-257-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


IN THE INTEREST OF B.A.R. AND J.D.R.

___________________________________________________________________


On appeal from the 279th District Court 

of Jefferson County, Texas

___________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, James E. Ratcliff , attempted to perfect an appeal from a judgment entered by the 279th District Court of
Jefferson County, Texas, in cause number F-158837-A . Upon inspection of the notice of appeal, it appeared that said
notice of appeal did not comply with the Tex. R. App. P. 25.1(d)(5) and 9.1(b). 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within thirty days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant. On June 4, 2001, appellee filed a motion to strike the
notice of appeal.

The Court, having examined and fully considered the documents on file, appellant's failure to properly perfect his appeal,
appellant's failure to respond to this Court's notice, and appellee's motion to strike the notice of appeal, is of the opinion
that the appeal should be dismissed for want of jurisdiction. Appellee's motion to strike the notice of appeal is GRANTED. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2001 .